CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, sued as COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and K. BUNN


Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiff
JUAN M. MARTINEZ, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. MARTINEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, K. BUNN (BADGE NO. 1155), and DOES 1 to 50, <br><br> Defendants. | Case No.: 2:15-cv-01445 WBS DAD <br><br> **STIPULATION RE: SERVICE AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT; ORDER THEREON** |

WHEREAS, plaintiff JUAN M. MARTINEZ, JR., has filed a complaint naming as defendants the COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and K. BUNN;

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION RE: SERVICE AND EXTENSION OF TIME FOR DEFS. TO RESPOND TO THE COMPLAINT
Case No.  2:15-cv-01445 WBS DAD

1

WHEREAS plaintiff served the County with the summons and complaint on July 10, 2015, but has not served defendant K. Bunn;

WHEREAS the County's response to the complaint is due on July 31, 2015;

WHEREAS K. Bunn has authorized Cregger & Chalfant LLP to accept service on his behalf, and Cregger & Chalfant LLP has agreed to do so;

WHEREAS the parties agree that it would be convenient for themselves and for the Court if all defendants were to respond to the complaint at the same time;

THEREFORE, the parties now hereby stipulate, by and through their counsel of record, that:

1. Cregger & Chalfant LLP is authorized to accept service of the summons and complaint on behalf of K. Bunn, and agrees to do so;

2. Service of the summons and complaint on K. Bunn shall be deemed effective as of the date of the order approving this Stipulation; and

3. All defendants, including the County, shall have 21 days from the date of the order approving this Stipulation in which to respond to the complaint in any manner authorized by Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

DATE: July 30, 2015                    CREGGER & CHALFANT LLP

/s/ Wendy Motooka
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO, also sued as SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and K. BUNN

DATE: July 30, 2015                    LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin
MARK E. MERIN
Attorneys for Plaintiff JUAN M. MARTINEZ, JR.

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION RE: SERVICE AND EXTENSION OF
TIME FOR DEFS. TO RESPOND TO THE COMPLAINT            2
Case No.  2:15-cv-01445 WBS DAD

# ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Cregger & Chalfant LLP, having been authorized to accept service on behalf of K. Bunn, shall accept service of the summons and complaint;

2. Service of the summons and complaint on K. Bunn shall be deemed effective as of the date of this order;

3. All defendants, including the County, shall have 21 days from the date of this order in which to respond to the complaint in any manner authorized by Federal Rule of Civil Procedure 12.

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION RE: SERVICE AND EXTENSION OF TIME FOR DEFS. TO RESPOND TO THE COMPLAINT
Case No. 2:15-cv-01445 WBS DAD

3