CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, sued as COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and K. BUNN

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:     mark@markmerin.com
            paul@markmerin.com

Attorneys for Plaintiff
JUAN M. MARTINEZ, JR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN M. MARTINEZ, JR., <br><br>        Plaintiff, <br><br>   vs. <br><br> COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, K. BUNN (BADGE NO. 1155), and DOES 1 to 50, <br><br>        Defendants. | Case No.: 2:15-cv-01445 WBS DAD <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE, STATUS CONFERENCE; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON** <br><br> Date: October 19, 2015 <br> Time: 2:00 P.M. <br> Courtroom: 5 (14th Flr.) <br> Judge: Hon. William B. Shubb |

WHEREAS, plaintiff JUAN M. MARTINEZ, JR., has filed a motion to strike affirmative

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO CONTINUE HEARING ON
MOTION TO STRIKE; PROPOSED ORDER
Case No. 2:15-cv-01445 WBS DAD

1

defenses from defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and K. BUNN's joint answer to the complaint;

WHEREAS counsel for defendants has been in trial since September 21, 2015 and unable to prepare an opposition to plaintiff's motion to strike;

WHEREAS the parties are now actively engaged in settlement discussions;

THEREFORE, the parties now hereby stipulate, by and through their counsel of record, that:

1. The hearing on plaintiff's motion to strike affirmative defenses from defendants' answer be continued from October 19, 2015, to November 2, 2015, at 2:00 P.M. in Courtroom 5;

2. The Status Conference currently scheduled for October 26, 2015, be continued to a date after the hearing on plaintiff's motion to strike, with the Joint Status Report currently due October 9, 2015, to be continued accordingly; and

3. The opposition and reply to the motion to strike be due in accordance with the November 2 hearing date, pursuant to Local Rule 230.

IT IS SO STIPULATED.


DATE:  October 1, 2015                CREGGER & CHALFANT LLP

                                      /s/ Robert L. Chalfant
                                      ROBERT L. CHALFANT
                                      WENDY MOTOOKA
                                      Attorneys for Defendants COUNTY OF SACRAMENTO, also sued as SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and K. BUNN


DATE:  October 1, 2015                LAW OFFICE OF MARK E. MERIN

                                      /s/ Mark E. Merin
                                      MARK E. MERIN
                                      Attorneys for Plaintiff JUAN M. MARTINEZ, JR.

///

///

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE; PROPOSED ORDER
Case No. 2:15-cv-01445 WBS DAD

2

///

# [PROPOSED] ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The hearing on plaintiff's motion to strike affirmative defenses from defendants' answer be continued from October 19, 2015, to November 2, 2015, at 2:00 P.M. in Courtroom 5;

2. The Status Conference currently scheduled for October 26, 2015, is continued to **January 19, 2016 at 2:00 p.m.** A Joint Status Report shall be filed no later than **January 5, 2016**; and

3. The opposition to the motion shall be filed no later than **October 19, 2015**, and the reply shall be filed no later than **October 26, 2015**.

**IT IS SO ORDERED.**

Dated:  October 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO CONTINUE HEARING ON
MOTION TO STRIKE; PROPOSED ORDER
Case No.  2:15-cv-01445 WBS DAD

3